

# United States District Court
# Eastern District of California

| Susanville Indian Rancheria, | Case Number: 2:25-cv-00094-CSK |
|---|---|
| Plaintiff, | |
| V. | |
| Becerra, et al., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendants. | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Caleb J. Norris__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Susanville Indian Rancheria.

On __September 1, 2022__ (date), I was admitted to practice and presently in good standing in the __Supreme Court for the State of Oregon__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __February 10, 2025__       Signature of Applicant: /s/ __Caleb J. Norris__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Caleb J. Norris |
| Law Firm Name: | Hobbs, Straus, Dean & Walker, LLP |
| Address: | 215 SW Washington Street, Suite 200 |
| City: | Portland   State: OR   Zip: 97204 |
| Phone Number w/Area Code: | (503) 242-1745 |
| City and State of Residence: | Portland, OR |
| Primary E-mail Address: | cnorris@@hobbsstraus.com |
| Secondary E-mail Address: | emanning@hobbsstraus.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Adam P. Bailey |
| Law Firm Name: | Hobbs, Straus, Dean & Walker, LLP |
| Address: | 1903 21st Street, 3rd Floor |
| City: | Sacramento   State: CA   Zip: 95811 |
| Phone Number w/Area Code: | (916) 442-9444 |
| Bar # | 278208 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 19, 2025

*[signed]*
JUDGE, U.S. DISTRICT COURT



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

as an Attorney of this Court.

CALEB J. NORRIS

I, as State Court Administrator of the State of Oregon, certify that on the

September 1, 2022,

CALEB J. NORRIS

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

December 23, 2024.

NANCY COZINE
State Court Administrator



Authorized Representative